JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MINDENHALL,<br><br>   Plaintiff,<br><br>   vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and TELEFLUENT COMMUNICATIONS, INC. DBA RENEWAL BY ANDERSEN LONG TERM DISABILITY PLAN,<br><br>   Defendants. | Case No. 2:21-cv-05829 MWF (SHKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Michael W. Fitzgerald |

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  December 29, 2021

_____
HON. MICHAEL W. FITZGERALD
United States District Court Judge